App. Div.] Second Department, June, 1909.

Robert L. Dunn, Respondent, Appellant, v. The New York Herald Company, Appellant, Respondent.— Judgment and order reversed on argument, without costs, and new trial granted. Hirschberg, P. J., Jenks, Burr, Rich and Miller, JJ., concurred.

Peter J. Gallagher, an Infant, by Peter Gallagher, His Guardian ad Litem, Respondent, v. Jacob Ruppert, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ.

. Gustave Rader Company, Respondent, v. Ames Realty Company and Others, Defendants. Hyman Kourcik, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Burr and Miller, JJ., concurred.

Edgar H. Hazelwood, Respondent, v. John F. McCarthy and Others, Appellants.— Appeal withdrawn in open court on payment of costs. Present — Hirschberg, P. J., Jenks, Burr, Rich and Miller, JJ.

Giovanni Lentino and Filomena Lentino, Appellants, v. Vincenzo Lentino and Rosina Lentino, Respondents.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ., concurred.

David Levenson and Morris Levenson, Appellants, v. Joseph Sacoder, Respondent.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ.

Matilda Maier and Bertha Bohmbach, Appellants, v. Louis G. Burger and Oscar J. Schumacher, as Executors, etc., of Catherine Sutter, Deceased, and Others, Respondents.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ., concurred.

Lewis Seligman, Respondent, v. Henrietta G. Andrews, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ.

Benevolent and Protective Order of Elks, Respondent, v. The Improved Benevolent and Protective Order of Elks of the World and Others, Appellants.— Motion withdrawn in open court.

Joseph Biehl, Respondent, v. Erie Railroad Company, Appellant.— Motion to resettle order granted, without costs. Present — Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ.

Samuel Brody, Respondent, v. Morris Sonin and Abel Sonin, Appellants.— Motion to dismiss appeal granted, with costs, there being nothing in the papers to indicate that errors occurred on the trial justifying the appeal. Present — Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ.

Edward W. Brown, as Surviving Partner, etc., Appellant, v. Retsof Mining Company, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ.

Angelo Ciccarrelli, Appellant, v. Naughton Company and Arthur McMullen, Respondents.— Motion to dismiss appeal denied, without costs, with leave to renew if the appeal is not perfected within twenty days. Present — Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ.